# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Chutkan, Tanya S. | United States District Court for the District of Columbia | 07/29/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Court Judge (Active) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final | 01/01/2020<br>**to**<br>12/31/2020 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

E. Barrett Prettyman U.S. Courthouse
333 Constitution Ave. NW
Washington, D.C. 20001

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Trustees | D.C. Circuit Historical Society |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chutkan, Tanya S. | 07/29/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chutkan, Tanya S. | 07/29/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  Individual Assets (H) | | | | | | | | | |
| 2.  Wells Fargo (cash) | A | Interest | M | T | | | | | |
| 3.  Account #1 (H) | | | | | | | | | |
| 4.  Pace International Emerging Markets Equity Investments Cl P (PCEMX) | A | Dividend | J | T | | | | | |
| 5.  Pace International Equity Investments Cl P (PCIEX) | A | Dividend | J | T | Buy (add'l) | 01/13/20 | J | | |
| 6.  Pace Large Co Growth Equity Investments Cl P (PCLCX) | C | Dividend | K | T | | | | | |
| 7.  Pace Large Co Value Equity Investments Cl P (PCLVX) | A | Dividend | J | T | Sold (part) | 01/13/20 | J | B | |
| 8.  Pace Small/Medium Co Growth Equity Investments Cl P (PCSGX) | A | Dividend | J | T | Sold (part) | 01/13/20 | J | A | |
| 9.  Pace Small/Medium Co Value Equity Investments Cl P (PCSVX) | A | Dividend | J | T | | | | | |
| 10.  Pace Global Fixed Income Investments Fund Cl P (PCGLX) | A | Dividend | J | T | | | | | |
| 11.  Pace High Yield Investments Cl P (PHYPX) | A | Dividend | J | T | Sold (part) | 01/13/20 | J | | |
| 12.  Pace Mortgage-Backed Sec Fix Income Invt Fd Cl P (PCGTX) | A | Dividend | J | T | | | | | |
| 13.  Pace Strategic Fixed Income Investmetns Cl P (PCSIX) | A | Dividend | J | T | | | | | |
| 14.  Pace Alternatives Strategies Investments Cl P (PASPX) | B | Dividend | K | T | Buy (add'l) | 01/13/20 | J | | |
| 15.  Alibaba Group Hldg Ltd Spon Adr (BABA) | | None | K | T | | | | | |
| 16.  ETFMG Prime Cyber Security ETF (HACK) | A | Dividend | K | T | | | | | |
| 17.  Amer Funds Capital World Growth & Income Fund Cl A (CWGIX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Chutkan, Tanya S.** | 07/29/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Fidelity Advisor Equity Growth Fund Cl M (FAEGX) | B | Dividend | J | T | | | | | |
| 19. | Invesco American Franchise Fund Cl A (VAFAX) | C | Dividend | K | T | | | | | |
| 20. | 13D Activist Fund CL A (DDDAX) | B | Dividend | K | T | | | | | |
| 21. | UNTS Ft Biotechnology Prtfo Ser 40 | | None | | | Redeemed | 03/19/20 | J | | |
| 22. | UNTS Ft Biotechnology Prtfo Ser 48 | A | Dividend | J | T | Buy | 03/20/20 | J | | |
| 23. | Pioneer High Yield Fund Cl A (TAHYX) | A | Dividend | J | T | | | | | |
| 24. | iShares Gold Trust ETF (IAU) | | None | J | T | | | | | |
| 25. | Account #2 (H) | | | | | | | | | |
| 26. | Fidelity Govt Mmkt Capital Reserves Cl (FZAXX) (cash) | A | Dividend | K | T | | | | | |
| 27. | FS KKR Capital Corp Com (FSK) | A | Dividend | | | Sold | 09/22/20 | J | | |
| 28. | Genworth Financial Inc Com (GNW) | | None | K | T | | | | | |
| 29. | Inovio Pharmaceuticals Inc (INO) | | None | | | Sold | 03/11/20 | J | B | |
| 30. | SFL Corporation LTD Com (SFL) | A | Dividend | J | T | | | | | |
| 31. | United States Oil Fund Lp Units (USO) | | None | K | T | Buy<br>(add'l) | 03/10/20 | J | | |
| 32. | | | | | | Buy<br>(add'l) | 04/27/20 | J | | |
| 33. | | | | | | Buy<br>(add'l) | 09/22/20 | K | | |
| 34. | Vroom Inc Com (VRM) | | None | J | T | Buy | 06/11/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chutkan, Tanya S. | 07/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | Delaware Covered Call Strategy Instl (FRCDX) | A | Dividend | K | T | | | | | |
| 36. | FS Credit Income Fund Cl I (FCRIX) | A | Dividend | K | T | Buy | 12/15/20 | K | | |
| 37. | FS Multi Strategy Alternatives Fd I (FSMSX) | A | Dividend | K | T | Buy | 12/15/20 | K | | |
| 38. | Goldman Sachs Real Estate Diversified Inc W (WRREX) | B | Dividend | K | T | Sold (part) | 10/16/20 | J | | |
| 39. | Predex Fund (PRDEX) | A | Dividend | K | T | Buy | 02/26/20 | K | | |
| 40. | Resource Credit Income Fd Cl W (RCIWX) | A | Dividend | | | Sold (part) | 10/16/20 | J | | |
| 41. | | | | | | Sold | 11/19/20 | J | | |
| 42. | Alternative Credit Income Fd I (RCIIX) | A | Dividend | J | T | Buy | 11/19/20 | J | | |
| 43. | Amplify Etf Tr Online Retail Etf (IBUY) | A | Dividend | | | Sold | 09/22/20 | L | E | |
| 44. | Chiron Capital Allocation Fund Cl I (CCAPX) | A | Dividend | K | T | Buy | 12/15/20 | K | | |
| 45. | ETF Ser Solutions US Glb Jets (JETS) | | None | | | Buy | 03/10/20 | K | | |
| 46. | | | | | | Sold | 12/16/20 | K | A | |
| 47. | Flexshares Ready Access Variable Income Fund (RAVI) | A | Dividend | L | T | Buy | 09/24/20 | M | | |
| 48. | | | | | | Sold (part) | 12/16/20 | L | | |
| 49. | Flexshares Tr Stox Esg Index (ESG) | A | Dividend | | | Sold | 09/22/20 | K | D | |
| 50. | Invesco Exchng Traded Fd Tr II CEF Inm (PCEF) | A | Dividend | | | Sold | 09/22/20 | J | | |
| 51. | SPDR S&P500 Etf Trust (SPY) | B | Dividend | | | Sold | 02/04/20 | L | D | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chutkan, Tanya S. | 07/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | | Buy | 02/27/20 | K | | |
| 53. | | | | | | Sold | 03/31/20 | K | | |
| 54. | | | | | | Buy | 05/13/20 | L | | |
| 55. | | | | | | Sold | 09/22/20 | L | D | |
| 56. | Account #3 (H) | | | | | | | | | |
| 57. | QS Legg Mason Dynamic Multi-Strategy Portfolio | None | | L | T | | | | | |
| 58. | Janus Henderson Low Vol VIT | None | | L | T | | | | | |
| 59. | Fidelity VIP Target Vol Portfolio | None | | L | T | | | | | |
| 60. | TOPS MR Moderate Growth | None | | L | T | | | | | |
| 61. | Account #4 (H) | | | | | | | | | |
| 62. | UBS Bank Deposit Account (cash) (X) | A | Interest | J | T | | | | | |
| 63. | Cisco Systems Inc (CSCO) | A | Dividend | J | T | | | | | |
| 64. | Coca Cola Co Com (KO) | A | Dividend | J | T | | | | | |
| 65. | Johnson & Johnson Com (JNJ) | A | Dividend | J | T | | | | | |
| 66. | Microsoft Corp (MSFT) | A | Dividend | J | T | | | | | |
| 67. | ETFMG Prime Cyber Security ETF (HACK) | A | Dividend | K | T | | | | | |
| 68. | Allianzgi Nfj Mid-Cap Value Fund Cl A (PQNAX) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Chutkan, Tanya S. | 07/29/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Blackrock Advantage Large Cap Growth Fund Cl A (BMCAX) | B | Dividend | K | T | | | | | |
| 70. Center Coast Brookfield Mlp Focus Fund Cl A (CCCAX) | A | Dividend | J | T | | | | | |
| 71. First Eagle Overseas Fund Cl A (SGOVX) | A | Dividend | K | T | | | | | |
| 72. Mainstay Cushing Mlp Premier Fund Cl A (CSHAX) (X) | A | Dividend | J | T | | | | | |
| 73. Oakmark Intl Fund Class Investor (OAKIX) | A | Dividend | K | T | | | | | |
| 74. 13D Activist Fund Cl A (DDDAX) | A | Dividend | J | T | | | | | |
| 75. Unts Ft Biotechnology Prtfo Ser 40 | | None | | | Redeemed | 03/19/20 | J | | |
| 76. Unts Ft Biotechnology Prtfo Ser 48 | A | Dividend | J | T | Buy | 03/20/20 | J | | |
| 77. Account #5 (H) | | | | | | | | | |
| 78. Fidelity Govt Mmkt Capital Reserves Cl (FZAXX) (cash) (Y) | | | | | | | | | |
| 79. Capital One Finl Corp Preferred Stock (COFPRP) | A | Dividend | | | Redeemed | 03/02/20 | J | A | |
| 80. Highland Income Fund (HFRO) | A | Dividend | J | T | | | | | |
| 81. District Columbia HSG AGY Multi-Family 12/1/21 3.35% (25477PMF9) | A | Interest | J | T | | | | | |
| 82. Puerto Rico Commonwealth 4% 7/1/22 (74514LD46) | A | Interest | K | T | | | | | |
| 83. District Columbia Income Tax Rev 5% 12/1/27 (25477GEC5) | A | Interest | | | Redeemed | 06/01/20 | J | | |
| 84. Flexshares Ready Access Variable Income Fund (RAVI) | A | Dividend | K | T | Buy | 09/24/20 | K | | |
| 85. Account #6 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Chutkan, Tanya S.** | 07/29/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. DC College Savings Intermediate-Term Bond Portfolio | | None | J | T | Sold (part) | 07/29/20 | J | | |
| 87. | | | | | Sold (part) | 12/14/20 | J | | |
| 88. DC College Savings U.S. Total Stock Market Index Portfolio | | None | J | T | Sold (part) | 07/29/20 | J | | |
| 89. | | | | | Sold (part) | 12/14/20 | J | | |
| 90. DC College Savings U.S. Large Cap Equity Portfolio | | None | J | T | Sold (part) | 07/29/20 | K | | |
| 91. | | | | | Sold (part) | 12/14/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Chutkan, Tanya S. | 07/29/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Account #3 is an Ohio National Life Variable Annuity; underlying assets are listed in Part VII.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII: Goldman Sachs Real Estate Diversified Inc W (WRREX) was Resource Real Estate Diversified Inc W (WRREX).

| Name of Person Reporting | Date of Report |
|---|---|
| Chutkan, Tanya S. | 07/29/2021 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

        Signature: **s/ Tanya S. Chutkan**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544